UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Timothy J. Donohue<br><br>    Plaintiff,<br><br>vs.<br><br>Arthur J. Gallagher & Co., a Delaware Corporation; and Bob Jacobsen<br><br>    Defendants. | Case No. 4:22-CV-4044-LLP<br><br>**DEFENDANT ARTHUR J. GALLAGHER & CO.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Arthur J. Gallagher & Co. ("Gallagher"), by counsel, makes the following disclosure:

Gallagher is a publicly-traded company, trading on the New York Stock Exchange under the symbol "AJG." Gallagher states that BlackRock, Inc., a publicly held corporation, owns more than 10% of Gallagher's stock.

Dated: April 4, 2022

    Attorneys for Defendants Arthur J. Gallagher & Co. and Bob Jacobsen and Counterclaimant Arthur J. Gallagher & Co.

    By: /s/ Hal A. Shillingstad
    Hal A. Shillingstad, SD No. 4591
    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.
    Capella Tower
    225 South Sixth Street, Suite 1800
    Minneapolis, MN 55402
    Phone: 612-339-1818
    Fax: 612-339-0061
    hal.shillingstad@ogletree.com