UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| Timothy J. Donohue, <br><br> Plaintiff <br><br> vs. <br><br> Arthur J. Gallagher & Co., and Bob Jacobsen, <br><br> Defendant. | CIV 4:22-cv-04044-KES <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

**Statement of Movant**

I, Hal A. Shillingstad, an active member of the Bar of the U.S. District Court for the District of South Dakota, request that this Court admit pro hac vice Nathan T. Boone who will be counsel for the ☐ plaintiff(s) ☒ defendant(s) Arthur J. Gallagher & Co., and Bob Jacobsen in the case listed above. I have confirmed that Nathan T. Boone is a member in good standing of the U.S. District Court for the District of Minnesota, where Nathan T. Boone's principal practice is located. I am aware of D.S.D. Civ. LR. 83.2 (E) regarding the appearance of attorneys pro hac vice.

4/29/2022
Date

*Hal A Shillingstad*
Signature

**Statement of Proposed Admittee**

I, Nathan T. Boone, am currently a member in good standing of the U.S. District Court for the District of Minnesota. I am also a member in good standing

of the highest court of the state of __Minnesota__, where my principal practice is located, but am not admitted to the South Dakota Bar. I am aware of D.S.D. Civ. LR 83.2 (E) regarding the appearance of attorneys pro hac vice and understand that local counsel must sign and file all documents, and must continue in the case unless another attorney admitted to practice in this court is substituted. I understand that I will receive notice electronically and that it is my responsibility to keep my electronic mail address(es) current.

| | |
|---|---|
| First/Middle/Last Name: | Nathan Tyler Boone |
| Primary E-mail Address: | nathan.boone@ogletreedeakins.com |
| Other E-mail Address to be notified: | nathan.boone@ogletree.com |
| Telephone Number: | 612.336.6862 |
| Fax Number: | 612.339.0061 |
| Firm Name: | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Firm Address: | 225 S. 6th St., Suite 1800, Minneapolis, MN 55402 |
| Bar Admission Number: | MN 0398989 |

D.S.D. Civ. LR 83.2 (E). requires disclosure of any prior or pending disciplinary actions from those attorneys seeking admission pro hac vice. Please list any and all such disciplinary actions.

- I will review and abide by the Local Rules of Practice for the District of South Dakota, General Orders, Administrative Procedures, and all technical and procedural requirements. These documents and current system requirements can be found on the Court's web site located at http://www.sdd.uscourts.gov

- I understand that I will receive notice electronically of all non-sealed documents and that it is my responsibility to keep my electronic mail address(es) current.

- This system is for the U.S. District Court for the District of South Dakota and will be used to receive electronic notification of non-sealed documents that are filed with the District of South Dakota. Each e-mail address listed will be allowed one free access to the document filed for 15 days from the time of notification.

- For additional access the user will need to have a PACER Service Account. This account can be established by contacting the PACER Service Center at http://pacer.psc.uscourts.gov or 1-800-676-6856.

| 4/29/2022 | Nathan T. Boone | */s/ Nathan Boone* |
|---|---|---|
| Date | Type/Print Name | Signature |