UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY J. DONOHUE, | ) | Case No. 4:22-CV-4044-LLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AFFIDAVIT OF |
| | ) | TIMOTHY J. DONOHUE |
| ARTHUR J. GALLAGHER & CO., a Delaware corporation; and BOB JACOBSEN, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

STATE OF SOUTH DAKOTA  )
                       : SS
COUNTY OF MINNEHAHA    )

Timothy J. Donohue, being first duly sworn on oath, deposes and states as follows:

1. I was an insurance producer for decades with Williams Insurance Agency, Inc. before Williams was acquired by Arthur J. Gallagher & Co. in 2018. I then became an insurance producer employee with Gallagher.

2. In January 2022, I was requested by legislators and a private individual to provide background testimony at a South Dakota Legislature Senate Commerce and Energy Committee hearing relating to Senate Bill 92 [as amended by 92A].

3. At the hearing I identified myself and my occupation, but did not state my employment or any other affiliation.

1

4. My testimony concerned only historical background related to the insurance industry and insurance pools.

5. On February 2, 2022, I received a prearranged call on another topic from Defendant Robert Jacobsen. In that call he terminated my employment with Arthur J. Gallagher & Co. stating that the reason was my testimony before the Senate Commerce and Energy Committee on January 25, 2022.

6. In January 2022 I had one of my best months ever for the dollar amount of insurance business I produced. In addition, my 2021 production earned me a bonus exceeding $34,000, which has not been paid due to my termination.

Dated: July 7, 2022

_____
Timothy J. Donohue

Subscribed and sworn to before
me this 7th day of July, 2022

_____
Notary Public – South Dakota
My commission expires: 4/21/28

STEVEN W. SANFORD
NOTARY PUBLIC
SOUTH DAKOTA