UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY J. DONOHUE, | ) | Case No. 4:22-CV-4044-LLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AFFIDAVIT OF |
| | ) | STEVEN W. SANFORD |
| ARTHUR J. GALLAGHER & CO., a Delaware corporation; and BOB JACOBSEN, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

STATE OF SOUTH DAKOTA ) 
                                : SS
COUNTY OF MINNEHAHA )

Steven W. Sanford, being first duly sworn on oath, deposes and states as follows:

1. I am one of the attorneys of record for Plaintiff above-named. I have personal knowledge of the facts stated in this Affidavit.

2. This Affidavit is submitted solely to identify documents produced in discovery or available such as to be eligible for judicial notice.

3. Attached as Exhibit A is the link to the audio recording of the South Dakota Legislature Senate Commerce and Energy Committee hearing on January 25, 2022, at which Plaintiff Tim Donohue testified.

1

4.      Attached together as Exhibit B are documents produced in discovery by Defendants.[1]

5.      Attached as Exhibit C is a copy of Senate Bill 92 (as amended) and the legislative history.

6.      Attached as Exhibit D is the current Participation Agreement Between the Public Entity Pool for Liability and the State of South Dakota found at https://boa.sd.gov/risk-management/docs/participationagreement.pdf.

Dated: July 7, 2022

_____
Steven W. Sanford

Subscribed and sworn to before
me this 7th day of July, 2022

_____
Notary Public – South Dakota
My commission expires: 1/3/23

GINA R. LEISINGER
NOTARY PUBLIC
SOUTH DAKOTA

---

[1] These documents have been designated by Defendants as CONFIDENTIAL. Accordingly, pursuant to the Court's Protective Order for Confidentiality filed May 23, 2022, they are being filed under seal.

2