**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| Timothy J. Donohue,<br><br>Plaintiff,<br><br>vs.<br><br>Arthur J. Gallagher & Co., a Delaware Corporation; and Bob Jacobsen<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:22-CV-04044-KES<br><br>**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Defendants, by their counsel of record, respectfully move the Court for an Order granting them summary judgment on Plaintiff's First Cause of Action in the Complaint. In support of this Motion, Defendants refer the Court to all files and proceedings herein, including Defendants' Statement of Undisputed Material Facts, the Declaration of Bob Jacobsen, and Defendants' Memorandum of Law in Support of Motion for Partial Summary Judgment, all filed herewith.

Pursuant to L.R. 7.1C, Defendants request oral argument.

Dated: July 28, 2022

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P. C.

*/s/ Hal A. Shillingstad*
Hal A. Shillingstad, SD #4591
Nathan T. Boone (admitted *pro hac vice*)
Capella Tower
225 South Sixth Street, Suite 1800
Minneapolis, MN 55402
Telephone: 612.339.1818
Facsimile: 612.339.0061
hal.shillingstad@olgetree.com
nathan.boone@ogletree.com

**Attorneys for Defendants Arthur J. Gallagher & Co. and Bob Jacobsen**