20 May, 2022    **Latest News**

And it looks like politics are pretty

 /  /  /  / Reddit / The Rules / Advertise at SDWC / 2022 Candidate List

Reddit    The Rules    Advertise at SDWC

2022 Candidate List

Home / Uncategorized / ASBSD Insurance Bomb Finally detonates.



**SOUTH DAKOTA REPUBLICAN PARTY**
**SUPPORT THE GRAND OLD PARTY TODAY!**



Contribute



# ASBSD Insurance Bomb Finally detonates.

🕐 October 21, 2016   👤 Pat Powers

From KELOland, something I'd heard about over the course of the last decade finally happened – the great insurance death spiral that is the Associated School Boards Insurance plan finally came to greater light – and school districts are now having to pay the piper for not adequately funding the insurance pool that many of them are part of:

> How would you feel about a $13.5 million bill that you didn't even know you had?



**SUMMIT CARBON SOLUTIONS**

Keeping corn prices and land values strong.

**LEARN MORE**



EXHIBIT A

5/20/22, 7:42 AM
Case 4:22-cv-04044-KES   Document 34-1   Filed 08/11/22   Page 2 of 10 PageID #: 381
ASBSD insurance bomb finally detonates – South Dakota War College





## SDWC Political Twitter

A Twitter list by @SoDakCampaigns

Organizations and personalities important to South Dakota's political world





School districts across South Dakota are in that situation. 53 districts in a health care insurance pool to cover their employees found the fund was millions of dollars in debt last year. Now the schools have to pay it back.

Since public schools are taxpayer funded that means, in part, you'll be paying it back too.

and..

The fund is managed by the Associated School Boards of South Dakota, a non-profit organization out of Pierre. It gets paid nearly $1.5 million a year to manage several trusts, including the health insurance fund for many school districts.

and..

Over the last decade, the South Dakota Health Benefits fund has plunged deeper and deeper into the red. In 2005, it was $1.4 million in debt. And last year, after the first full audit of the fund, that debt added up to $13.6 million.

Read it all here.

📁 Uncategorized

« Welcome "No on 23" to advertiser's row!

Vote No on 22 Postcard hits Voters – with comments from Thune,








**Lee Schoenbeck**
@LeeSchoenbe

Biden's Hispanic approval ratings plummets to 26% in new poll foxnews.com/politics/biden… #FoxNews

From a political observer perspective, this is a huge issue and has ramifications in races across the country

**Biden's Hispanic …**
President Joe Bide…
foxnews.com

2h



**Representative**
@mjfitzyy

Needs to be fixed
https://twitter.com/Reynold Nesiba/status/1527405345 001263107

10h

Jon Lauck Retweeted



**Midwestern Histor**
@MwHWG

**Recent Comments**

> CA Escapee on Which



Rounds, Noem and Daugaard »

# 21 thoughts on "ASBSD Insurance Bomb Finally detonates."



**Cliff Hadley** says:
October 21, 2016 at 4:14 pm

Nonprofit? That's just a tax classification. Lots of people in the education blob make oodles of profit mismanaging tax dollars. The $13.5 million shortfall is just business as usual in the public sector. Can't wait to see how the annual $100 million from the extra half-penny gets frittered away.

The central question: How did the Associated School Boards mess this up for the past 10 years and nobody called them on it? This wasn't a surprise to any of them. So which is, incompetence or fraud?

**Cliff Hadley** says:
October 21, 2016 at 4:58 pm

CORREX last sentence: "So which is it,





### SDWC Political News Feed

» **Photos from Governor Kristi Noem's post**
20/05/22 01:43 from Governor Kristi Noem on Facebook
Thank you to the Sisseton Wahpeton Oyate Tribal Council and Chairman Hopkins for hosting us this morning. Lots of productive conversations about working together on water, sewer, expanding substance abuse treatment and working on more se...

» **Continuing Education Offered for Social Workers and Nursing Home Administrators**
19/05/22 20:22 from SDAHO

conservative are we supposed to believe? Kind of getting a mixed message here.

> CA Escapee on Willadsen to Convention of States: Keep your contribution, I'm done with you

> Mike Lee Zitterich on Which conservative are we supposed to believe? Kind of getting a mixed message here.

> Pat Powers on And it looks like politics are pretty toxic in Aberdeen. Private Investigator calling councilwoman's babysitter regarding "City Council matters."

> Anonymous on One candidate is endorsed by Governor, another endorsed by randoms.

**Recent Posts**

incompetence or fraud?"


### Tara Volesky says:
🕒 October 22, 2016 at 7:42 am

fraud.


### Cliff Hadley says:
🕒 October 22, 2016 at 10:57 am

Tara, I'm inclined to see both at play. Incompetence in overpromising on returns from investments, and fraud in hiding that fact. But I like the comment below, too: "They probably got a bonus."


### William Beal says:
🕒 October 21, 2016 at 4:38 pm

"The fund is managed by the Associated School Boards of

SDAHO is committed to meeting the professional development needs of our members. Through live and on-demand educational webinars, Social Workers and Nursing Home Administrators may also obtain continuing education units (CE/CEU). More t...

» Want to vote in the Republican Primary? You must be registered as a Republican by 5:00 pm, Monday, May 23rd. You may register t...
19/05/22 20:17 from South Dakota Republican Party on Facebook
Want to vote in the Republican Primary? You must be registered as a Republican by 5:00 pm, Monday, May 23rd. You may register to vote at the following locations: ☑ County auditor's office ☑ Driver's license station (when you are renewi...

» Letter from a constituent
19/05/22 20:08 from tim_goodwin

» HHS Announces New Funding

> And it looks like politics are pretty toxic in Aberdeen. Private Investigator calling councilwoman's babysitter regarding "City Council matters."

> One candidate is endorsed by Governor, another endorsed by randoms.

> Senator John Thune on the air with new commercial for US Senate

> Willadsen to Convention of States: Keep your contribution, I'm done with you

> Which conservative are we supposed to believe? Kind of getting a mixed message here.

South Dakota, a non-profit organization out of Pierre. It gets paid nearly $1.5 million a year to manage several trusts, including the health insurance fund for many school districts."

Obviously, they're overpaid. If they knew about it, and failed to take appropriate action, it's not incompetence.


**oldguy** says:
🕒 October 21, 2016 at 10:25 pm

they probably got a bonus


**Lee Schoenbeck** says:
🕒 October 21, 2016 at 11:30 pm

I think there's a former legislator that they let go, that needs to explain this


**daj** says:
🕒 October 22, 2016 at 7:43 am

Having been involved as an insured, you are going in the right direction Mr. Schoenbeck.

Opportunity to Strengthen Behavioral Health Services in Nursing Homes and Other Long-Term Care Facilities
19/05/22 18:15 from SDAHO
The Department of Health and Human Services (HHS) is announcing a funding opportunity of nearly $15 million for a three-year federal grant to establish a Substance Abuse and Mental Health Services Administration (SAMHSA) program that wil...

» Caleb is setting the record straight and voting early! Vote for Dusty Johnson in the GOP Primary!
19/05/22 18:13 from @DustyJohnson on Twitter
Caleb is setting the record straight and voting early! Vote for Dusty Johnson in the GOP Primary!

» Another attack
19/05/22 17:31 from SD Rep. Mary Duvall
Another attack mailer showed up today from the out-of-state group that wants to amend the U.S. Constitution. The mailer identified two bills – one from the 2019 session and one from the 2020 session



**Pat Powers** says:

⊙ October 22, 2016 at 1:52 pm

I think he "retired" as opposed to being get let go.



**Ree** says:

⊙ October 22, 2016 at 8:38 pm

What legislator was that?



**chief** says:

⊙ October 23, 2016 at 10:13 pm

Maybe it's Schoenbeck himself !



**Troy Jones** says:

⊙ October 22, 2016 at 2:31 pm

The fact the liability is concentrated in just a few school districts, it could be related to how the self-insurance pool is set-up and these schools had claims which exceeded actuarial

— that both failed to make...

---

» Meet Team SDAHO: President /CEO, Tim Rave

19/05/22 17:31 from
**SDAHO**
The South Dakota Association of Healthcare Organizations (SDAHO) has a rich history in our state serving as the voice for hospitals and long-term care facilities statewide. Originally formed in 1926 as the South Dakota Hospital Associati...

---

» Forum Communications' Mitchell Republic checked out Manhart's social media posts from WI

19/05/22 17:14 from
**Bluestem Prairie**
We've been following the curious case of Republican South Dakota District 1 candidate Logan Manhart, most recently in Manhart candidate integrity questioned: docs from 32CIV22-92; McCleerey vs Barnett, though we began on May 7 with Dakot...

---

» SDAHO Continues to Celebrate Older Americans Month

norms.

If I'm correct, it isn't fraud but allowing the deficit to get so big without earlier corrective action was let's say "unwise."



### Spencer says:
🕒 October 22, 2016 at 4:37 pm

The coverage and rates were terrible because of the pool. It was like Obamacare on steroids. The ASBSD should be dissolved. It charges school districts for garbage services. Here is another scandal: employment services. The ASBSD embargoes free state job services involving school district employment positions; consequently, they can charge school districts hundreds and thousands of dollars each to post listings on their website, which looks like a webpage from 1996. Pat, you could quit your day job and charge school districts half of ASBSD's rate for the same "job services."



### Troy Jones says:
🕒 October 22, 2016 at 5:32 pm

Question: Is there anything that could have been done by the Legislature/Executive Branch

---

19/05/22 15:15 from SDAHO
May is Older Americans Month (OAM), a celebration that began in 1963 to recognize older adults' wisdom and contributions—and to reinforce our country's commitment and responsibility to ensure that every American has the opportunity to ag...

» Question from a lawsuit: why didn't Hagedorn's insurance pay for Arizona treatments?
19/05/22 14:46 from Bluestem Prairie
UPDATE: At the Star Tribune, Briana Bierschbach has more in Late Rep. Jim Hagedorn's family sues his widow for medical expenses: Family members of the late U.S. Rep. Jim Hagedorn are suing his widow, Jennifer Carnahan, to recoup medical ...

» The best kind of snow.....
19/05/22 10:40 from Governor Kristi Noem on Facebook
The best kind of snow.....

» New filing by BLACK HILLS CORPORATION POLITICAL

Legislature/Executive Branch without infringing on local control?



**Pat Powers** says:

🕒 October 23, 2016 at 1:25 pm

I don't know that State Government had anything to do with this. This was a group of school districts that thought they could do better than the marketplace.



**grudznick** says:

🕒 October 23, 2016 at 1:54 pm

I just bet you they come whining for more money and another tax increase.



**Ymous** says:

🕒 October 23, 2016 at 12:38 pm

Self insured plans can work but a government pool isn't in my

ACTION COMMITTEE

19/05/22 02:53 from FEC Electronic Filing RSS Feed - States: SD
The BLACK HILLS CORPORATION POLITICAL ACTION COMMITTEE successfully filed their F3XN MAY MONTHLY with the coverage period of 04/01/2022 to 04/30/2022 and a confirmation ID of FEC-1595448 *********CommitteeId: C00125732 | FilingId: 159544...

» At the beginning of this week, I was told Speaker Pelosi was planning to bring a bill to the floor to purchase emergency formula...
19/05/22 01:56 from Rep. Dusty Johnson on Facebook
At the beginning of this week, I was told Speaker Pelosi was planning to bring a bill to the floor to purchase emergency formula for America's babies. Instead, the House just voted on a $28 million bill to give more funding to the FDA. T...

» There can never be too many partners in the quest to preserve peace & maintain

opinion a wise risk vs reward for us as tax payers. Fully insured plans are known risks. With multiple options in the group market I can't believe this decision was made. Getting into self insured plans is easy, getting out can be expensive and difficult.



### grudznick says:
🕑 October 23, 2016 at 1:18 pm

Who is in charge of this fiasco?



### chief says:
🕑 October 23, 2016 at 10:12 pm

Dr. Wade Pogony



### Troy Jones says:
🕑 October 24, 2016 at 3:17 am

Pat,

Exactly. When it sounds to good to be true, it is usually too good to be true. On the surface, it appears some districts chose to hold more self-funded risk and they got bit.

---

a strong defense against tyranny. We should w...
19/05/22 00:44 from @SenJohnThune on Twitter
There can never be too many partners in the quest to preserve peace & maintain a strong defense against tyranny. We should welcome any nation that seeks to help further these goals. Sweden & Finland will offer valuable geopolitic...

Powered by Feed Informer

Enter your email

Sign up for the Daily Digest

Busy & don't want to check back for updates? Sign up for the Daily Digest.

By clicking submit, you agree to share your email address with the site owner and Mailchimp to receive marketing, updates, and other emails from the site owner. Use the unsubscribe



**Anonymous says:**

🕒 October 26, 2016 at 7:47 pm

Malcolm McKillop used to manage the insurance pool.

Comments are closed.

link in those emails to opt out at any time.

## Contact:

To contact the blog overlord (or at least the editor), drop me a note at pat@patpowers.com. I usually respond within a few hours. Unless you're grumpy. I'm also available at twitter @SoDakCampaigns

Copyright Dakotawarcollege.com © All rights reserved.

Magazine Plus by WEN Themes