UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY J. DONOHUE, | ) | Case No. 4:22-CV-4044-LLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | PLAINTIFF'S MOTION |
| ARTHUR J. GALLAGHER & CO., a | ) | FOR PERMISSION TO |
| Delaware corporation; and BOB | ) | FILE SURREPLY BRIEF |
| JACOBSEN, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, by his counsel of record, respectfully moves the Court for an Order permitting the filing and service of Plaintiff's Surreply Brief in the form submitted herewith, both in support of Plaintiff's Motion for Partial Summary Judgment and in opposition to Defendants' Motion for Partial Summary Judgment. The necessity of the Surreply Brief is created by the Defendants' inaccurate and misleading quotation of SDCL 22-11-19, as explained in the accompanying Surreply Brief.

Dated: August 22, 2022

                  CADWELL SANFORD DEIBERT
                  & GARRY LLP

                By _/s/ *SW Sanford*_____
                  Steven W. Sanford
                  200 E. 10th Street, Suite 200
                  Sioux Falls, South Dakota 57104
                  (605) 336-0828
                  E-mail: *ssanford@cadlaw.com*
                  **Attorneys for Plaintiff**